**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

DAVID TERRY KIDD, JR.,
<u>Plaintiff-Appellant,</u>

v.

RUFUS FLEMING, Warden; FRANK
MARDAVICH, Assistant Warden,
Treatment; DAVID ROBINSON,
Assistant Warden, Operations;
KIMBERLEY H. RUNION, Operations
Officer; KEITH DAVIS, T.P.S.;
JAMES F. HOOKE, Psychologist; CARL
MANIS, Counselor; SALLY OVERTON-
BARKSDALE, Counselor; MARIE
OAKES, Counselor; ROBYN M.                    No. 95-7852
CLIFTON, Former Counselor;
SERGEANT WILSON, Building
Sergeant, 8-4 Shift; L. E. NELSON;
B. STITH; FRED W. GREENE;
DAVID R. GRAHAM; CASSANDRA
TAYLOR; MR. MCCORMIC; RON
BOWEN; SERGEANT LEGGE; R.
MACKLIN, Correctional Officer,
<u>Defendants-Appellees,</u>

and

DAWN HANES, Psychologist,
<u>Defendant.</u>

Appeal from the United States District Court
for the Eastern District of Virginia, at Norfolk.
Henry C. Morgan, Jr., District Judge.
(CA-94-483-2)

Submitted: March 26, 1996

Decided: May 21, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and
CHAPMAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

David Terry Kidd, Jr., Appellant Pro Se. Martha Murphey Parrish,
Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Appellant appeals from the district court's order denying relief on
his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record
and the district court's opinion and find no reversible error. Accord-
ingly, we affirm on the reasoning of the district court. Kidd v.
Fleming, No. CA-94-483-2 (E.D. Va. Oct. 18, 1995). We dispense
with oral argument because the facts and legal contentions are ade-
quately presented in the materials before the court and argument
would not aid the decisional process.

AFFIRMED